UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA MEDINA, et al., </br></br> Plaintiffs, </br></br> v. </br></br> CITY OF MENLO PARK, et al., </br></br> Defendants. | Case No.: C 08-3946 PVT </br></br> **ORDER TRANSFERRING CASE TO SAN FRANCISCO/OAKLAND DIVISION** |

This action was filed on August 18, 2008. Although in the body of the complaint Plaintiffs correctly note that the proper intradistrict assignment is the San Francisco/Oakland Division, the case was erroneously assigned to a judge in the San Jose division because Plaintiffs' counsel marked the wrong box in Section IX of the Civil Cover Sheet. Based on the complaint and the file herein,

IT IS HEREBY ORDERED that this case be reassigned to a judge in the San Francisco/Oakland Division of this court.

Dated: *9/23/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*