1  ARTURO J. GONZÁLEZ (CA SBN 121490)
   KENNETH W. BRAKEBILL (CA SBN 196696)
2  NATALIE NAUGLE (CA SBN 240999)
   SARINA SALUJA (CA SBN 253781)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  Attorneys for Plaintiffs

7  MICHAEL C. SERVERIAN (CA SBN 133203)
   RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
8  96 No. Third Street, Suite 500
   San Jose, California 95112
9  Telephone: (408) 293-0463
   Facsimile: (408) 293-9514

10 Attorney for Defendants

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| MARIA MEDINA, et al., | Case No. CV 08-3946 WDB |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ENE AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| CITY OF MENLO PARK, et al., | |
| Defendants. | |
| | Complaint Filed: August 18, 2008 |
| | Trial Date: August 11, 2009 |

   WHEREAS, this Court's Order Following Initial Case Management ("Order") set a March 13, 2009 deadline for completion of the agreed upon ENE session; and

   WHEREAS, the Parties are currently scheduled to attend a further Case Management Conference on March 17, 2009; and

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE ENE
CASE NO. CV 08-3946 WDB
sf-2638950

1   WHEREAS, the Parties participated in a pre-ENE conference call with Mr. Randolph W. Hall, the appointed evaluator in this matter, on February 3, 2009; and

3   WHEREAS, after discussing the issues with Mr. Hall, the Parties agree that postponing the ENE to allow for additional discovery will make for a more productive ENE session; and

5   WHEREAS, Mr. Hall expressed his preference to postpone the ENE session to allow him additional time to review the relevant case materials; and

7   WHEREAS, the Parties, along with Mr. Hall, have agreed to hold the ENE on April 14, 2009 at 9:30 a.m.;

9   IT IS HEREBY STIPULATED AND AGREED pursuant to ADR Local Rule 5-5, that the ENE deadline currently set for March 13, 2009, shall be continued to **April 14, 2009.**

11   IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for March 17, 2009, shall be continued to **Tuesday, April 21, 2009 at 3:00 p.m.** or any date thereafter at the Court's convenience. Counsel for the parties will attend the CMC by phone. Pursuant to the Court's Order, Plaintiffs' counsel will initiate the call, get defense counsel on the line, and call the courtroom at (510) 637-3909.

Dated: February 10, 2009          Respectfully submitted,

ARTURO J. GONZÁLEZ
KENNETH W. BRAKEBILL
NATALIE NAUGLE
SARINA SALUJA
MORRISON & FOERSTER LLP


By:   /s/ Natalie Naugle
        Natalie Naugle

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO COMPLETE ENE
CASE NO. CV 08-3946 WDB
sf-2638950

2

1  Dated: February 10, 2009

MICHAEL C. SERVERIAN
RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By:  /s/ Michael C. Serverian
     Michael C. Serverian

Attorney for Defendants

IT IS SO ORDERED.

Dated: 2/11/09

By:  /s/ Wayne D. Brazil
     Judge Wayne D. Brazil