1   ARTURO J. GONZÁLEZ (CA SBN 121490)
    KENNETH W. BRAKEBILL (CA SBN 196696)
2   NATALIE NAUGLE (CA SBN 240999)
    SARINA SALUJA (CA SBN 253781)
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California 94105-2482
    Telephone:  (415) 268-7000
5   Facsimile:  (415) 268-7522

6   Attorneys for Plaintiffs

7   MICHAEL C. SERVERIAN (CA SBN 133203)
    RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
8   96 No. Third Street, Suite 500
    San Jose, California 95112
9   Telephone: (408) 293-0463
    Facsimile: (408) 293-9514

10  Attorney for Defendants

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                   OAKLAND DIVISION

15

16  MARIA MEDINA, et al.,                     Case No.  CV 08-3946 WDB

17                Plaintiffs,

18        v.                                   **STIPULATION AND [PROPOSED]
                                               ORDER EXTENDING TIME TO
19  CITY OF MENLO PARK, et al.,                COMPLETE ENE AND
                                               CONTINUING CASE
20                Defendants.                  MANAGEMENT CONFERENCE**

21

22                                             **Complaint Filed:  August 18, 2008
                                               Trial Date:  August 11, 2009**
23

24        WHEREAS, the Parties are currently scheduled to attend an ENE session with

25  Mr. Randolph W. Hall on April 14, 2009 at 9:30 a.m.; and

26        WHEREAS, the ENE deadline in this matter is currently set for April 14, 2009;

27        WHEREAS, the Parties are currently scheduled to attend a further Case Management

28  Conference on April 21, 2009; and

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO        1
COMPLETE ENE
CASE NO. CV 08-3946 WDB
sf-2653369

1    WHEREAS, the Parties participated in a pre-ENE conference call with Mr. Randolph W.

2    Hall, the appointed evaluator in this matter, on February 3, 2009; and

3    WHEREAS, after discussing the issues with Mr. Hall, the Parties agreed that postponing

4    the ENE to allow for additional discovery would make for a more productive ENE session; and

5    WHEREAS, on February 10, 2009 the Parties filed a stipulation to extend the original

6    ENE deadline of March 13, 2009 and the follow-up Case Management Conference of March 17,

7    2009 to April 14, 2009 and April 21, 2009, respectively; and

8    WHEREAS, Plaintiffs' lead trial counsel has a scheduling conflict and is now unavailable

9    for the ENE on April 14, 2009;

10    WHEREAS, the Parties, along with Mr. Hall, have agreed, subject to this Court's

11    approval, to postpone the ENE until May 12, 2009 at 9:30 a.m.;

12    IT IS HEREBY STIPULATED AND AGREED pursuant to ADR Local Rule 5-5, that the

13    ENE deadline currently set for April 14, 2009, shall be continued to **May 12, 2009.**

14    IT IS FURTHER STIPULATED AND AGREED pursuant to Northern District Local

15    Rules 6-2(a), 7-12, and 16-2(e), that the Case Management Conference currently scheduled for

16    April 21, 2009, shall be continued to **Tuesday, May 19, 2009 at 3:00 p.m.** or any date thereafter

17    at the Court's convenience.  Counsel for the parties will attend the CMC by phone.  Pursuant to

18    the Court's Order, Plaintiffs' counsel will initiate the call, get defense counsel on the line, and call

19    the courtroom at (510) 637-3909.

20    Dated: March 11, 2009                          Respectfully submitted,

21                                                                     ARTURO J. GONZÁLEZ
                                                                         KENNETH W. BRAKEBILL
22                                                                     NATALIE NAUGLE
                                                                         SARINA SALUJA
23                                                                     MORRISON & FOERSTER LLP

24

25                                                                     By:    /s/ Natalie Naugle
                                                                                     Natalie Naugle
26
                                                                         Attorneys for Plaintiffs
27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO                      2
COMPLETE ENE
CASE NO. CV 08-3946 WDB
sf-2653369

1

2    Dated: March 11, 2009            MICHAEL C. SERVERIAN
                                      RANKIN, LANDSNESS, LAHDE,
3                                     SERVERIAN & STOCK

4
                                      By:  ___/s/ Michael C. Serverian_____
5                                          Michael C. Serverian

6                                     Attorney for Defendants

7
     IT IS SO ORDERED.
8

9                3/13/09
     Dated: _____      By: _____
10                                        Judge Wayne D. Brazil

11

12         I, Natalie Naugle, am the ECF user whose ID and password are being used to file this

13   Stipulation and [Proposed] Order Extending Time to Complete ENE and Continuing Case

14   Management Conference.  In compliance with General Order 45.X B, I hereby attest that

15   Michael C. Serverian has concurred in this filing.

16   Dated: March 11, 2009            ARTURO J. GONZÁLEZ
                                      KENNETH W. BRAKEBILL
17                                    NATALIE NAUGLE
                                      SARINA SALUJA
18                                    MORRISON & FOERSTER LLP

19

20                                    By:  ___/s/ Natalie Naugle_____
                                           Natalie Naugle
21
                                      Attorneys for Plaintiffs
22

23

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO        3
     COMPLETE ENE
     CASE NO. CV 08-3946 WDB
     sf-2653369