ARTURO J. GONZÁLEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
NATALIE NAUGLE (CA SBN 240999)
SARINA SALUJA (CA SBN 253781)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs

MICHAEL C. SERVERIAN (CA SBN 133203)
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA MEDINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MENLO PARK, et al., <br><br> Defendants. | Case No. CV 08-3946 WDB <br><br> AMENDED STIPULATION AND [~~PROPOSED~~] ORDER EXCUSING PARTIES FROM ATTENDING ENE <br><br> Complaint Filed: August 18, 2008 <br> Trial Date: August 11, 2009 |

Plaintiffs Maria Medina, Walter Campos, Hector Luis Valencia, Javier Anguiano, Samuel Salgado, Rodolfo Medina, Joel Antonio Vasquez-Medina, Jose Jesus Espinoza, Francisco Leon, and Oscar Campos, ("Plaintiffs") and Defendants City of Menlo Park, Jonathan Baxter, Nicholas Douglas, Ronald Prickett, Thomas Crutchfield, and Joshua Venzon ("Defendants") (collectively "the Parties"), through their respective counsel, present the following stipulation regarding which of the individually named parties will attend the ENE, per this Court's instructions at the Initial Case Management Conference held on December 15, 2008:

       WHEREAS, the Parties are currently scheduled to attend an Early Neutral Evaluation ("ENE") session with Mr. Randolph W. Hall on May 12, 2009 at 11:00 a.m.;

       WHEREAS, there are ten individual plaintiffs and six individual defendants, the Parties have conferred with Mr. Hall and agreed that it is unnecessary for all individual parties to attend the ENE;

       WHEREAS, Walter Campos and Maria Medina will attend the ENE on behalf of Plaintiffs;

       WHEREAS, Plaintiffs Hector Luis Valencia, Javier Anguiano, Samuel Salgado, Rodolfo Medina, Joel Antonio Vasquez-Medina, Jose Jesus Espinoza, Francisco Leon, and Oscar Campos have consented to Walter Campos and Maria Medina attending the ENE on their behalf;

       WHEREAS, Jonathan Baxter and Nicholas Douglas will attend the ENE on the behalf of the individually named Defendants;

       WHEREAS, a claims representative on behalf of all defendants will also attend the ENE;

       WHEREAS, pursuant to ADR Local Rule 5-10(d)(2), parties are required to state realistically the amount in controversy in the case. Plaintiffs have not suffered significant out of pocket costs. However, due to compensation for emotional distress, costs, and legal fees, the amount in controversy likely exceeds one million dollars;

       WHEREAS, Defendants estimate the amount in controversy to be under $25,000 for all ten claims, exclusive of costs and attorney's fees;

IT IS HEREBY STIPULATED AND AGREED that Walter Campos and Maria Medina will attend the ENE on behalf of Plaintiffs and Jonathan Baxter and Nicholas Douglas will attend the ENE on behalf of the individually named Defendants.

Dated: April 21, 2009

Respectfully submitted,

ARTURO J. GONZÁLEZ
KENNETH W. BRAKEBILL
NATALIE NAUGLE
SARINA SALUJA
MORRISON & FOERSTER LLP

By: /s/ Sarina Saluja
Sarina Saluja

Attorneys for Plaintiffs

Dated: April 21, 2009

MICHAEL C. SERVERIAN
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: /s/ Michael C. Serverian
Michael C. Serverian

Attorney for Defendants

IT IS SO ORDERED.

Dated: 4/21/09

By: Wayne D. Brazil
Judge Wayne D. Brazil