ARTURO J. GONZÁLEZ (CA SBN 121490)
KENNETH W. BRAKEBILL (CA SBN 196696)
NATALIE NAUGLE (CA SBN 240999)
SARINA SALUJA (CA SBN 253781)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiffs

MICHAEL C. SERVERIAN (CA SBN 133203)
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIA MEDINA, et al., <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF MENLO PARK, et al., <br><br>Defendants. | Case No. CV 08-3946 WDB <br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br>Complaint Filed: August 18, 2008 <br>Trial Date: August 11, 2009 |

AMENDED STIPULATION AND [PROPOSED] ORDER
GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED
COMPLAINT
CASE NO. CV 08-3946 WDB
sf-2682321

1

Plaintiffs Maria Medina, Walter Campos, Hector Luis Valencia, Javier Anguiano, Samuel Salgado, Rodolfo Medina, Joel Antonio Vasquez-Medina, Jose Jesus Espinoza, Francisco Leon, and Oscar Campos, ("Plaintiffs") and Defendants City of Menlo Park, Jonathan Baxter, Nicholas Douglas, Ronald Prickett, Thomas Crutchfield, and Joshua Venzon ("Defendants") (collectively "the Parties"), through their respective counsel, present the following stipulation granting Plaintiffs leave to file Second Amended Complaint.

WHEREAS Plaintiffs desire to amend their Complaint to add a state law malicious prosecution claim against all Defendants in this matter;

WHEREAS Plaintiffs' [Proposed] Second Amended Complaint is attached hereto as Exhibit 1;

WHEREAS all Defendants to this action consent to the filing of Plaintiffs' Second Amended Complaint, however, Defendants do not consent to the allegations contained therein;

Plaintiffs and Defendants, through their respective attorneys, stipulate as follows:

1. Plaintiffs' [Proposed] Second Amended Complaint, attached hereto as Exhibit 1, shall be deemed filed, and served as of the date of the Court's execution of the appended Order hereto;

2. Defendants shall file and serve a response to Plaintiffs' Second Amended Complaint within the time permitted pursuant to Federal Rules of Civil Procedure, Rule 15(a).

The foregoing stipulation is agreed to by:

Dated: May 18, 2009                    Respectfully submitted,

                                       ARTURO J. GONZÁLEZ
                                       KENNETH W. BRAKEBILL
                                       NATALIE NAUGLE
                                       SARINA SALUJA
                                       MORRISON & FOERSTER LLP


                                       By:   /s/ Natalie Naugle
                                             Natalie Naugle

                                       Attorneys for Plaintiffs

AMENDED STIPULATION AND [PROPOSED] ORDER
GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED
COMPLAINT
CASE NO. CV 08-3946 WDB
sf-2682321

2

| | |
|---|---|
| Dated: May 18, 2009 | MICHAEL C. SERVERIAN<br>RANKIN, LANDSNESS, LAHDE,<br>SERVERIAN & STOCK |
| | By: /s/ Michael C. Serverian<br>Michael C. Serverian |
| | Attorney for Defendants |

IT IS SO ORDERED.

Dated: 5/19/2009    By: _____

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" Wayne D. Brazil, Judge Wayne D. Brazil]*

I, Natalie Naugle, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Granting Plaintiffs Leave to File Second Amended Complaint In compliance with General Order 45.X.B, I hereby attest that MichaelC. Serverian has concurred in this filing.

| | |
|---|---|
| Dated: May 18, 2009 | ARTURO J. GONZÁLEZ<br>KENNETH W. BRAKEBILL<br>NATALIE NAUGLE<br>SARINA SALUJA<br>MORRISON & FOERSTER LLP |
| | By: /s/ Natalie Naugle<br>Natalie Naugle |
| | Attorneys for Plaintiffs |

AMENDED STIPULATION AND [PROPOSED] ORDER
GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED
COMPLAINT
CASE NO. CV 08-3946 WDB
sf-2682321

3