United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA, et al., | No. C 08-3946 WDB |
| Plaintiffs, | |
| v. | ORDER DENYING DEFENDANTS' REQUEST TO CONTINUE TRIAL DATE |
| CITY OF MENLO PARK, et al. | |
| Defendants. | |
| _____/ | |

Having considered the parties' written submissions, the Court DENIES Defendants' request to continue the trial date.

Trial will commence on Tuesday, August 11, 2009, at 8:30 a.m., as previously set by the Court.

**IT IS SO ORDERED.**

Dated: June 22, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1