UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDINA, et al., | No. C 08-3946 WDB |
| Plaintiffs, | |
| v. | ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS |
| CITY OF MENLO PARK, et al. | |
| Defendants. | |

_____/

**IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner will furnish daily refreshments for the members of the jury in the above-captioned matter at the expense of the United States effective August 11, 2009, to August 19, 2009.

**IT IS SO ORDERED.**

Dated: July 7, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge