UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MEDINA, WALTER CAMPOS, HECTOR LUIS VALENCIA, JAVIER ANGUIANO, SAMUEL SALGADO, RODOLFO MEDINA, JOEL ANTONIO VASQUEZ-MEDINA, JOSE JESUS ESPINOSA, FRANCISCO LEON, OSCAR CAMPOS,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MENLO PARK; JONATHAN BAXTER, individually and as an officer of the Menlo Park Police Department; NICHOLAS DOUGLAS, individually and as an officer of the Menlo Park Police Department, RONALD PRICKETT, individually and as an officer of the Menlo Park Police Department, THOMAS CRUTCHFIELD, individually and as an officer of the Menlo Park Police Department, JOSHUA VENZON, individually and as an officer of the Menlo Park Police Department, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | Civil Case No. C 08-03946 WDB<br><br>**ORDER RE SUBMISSION OF EVIDENCE** |

On July 7, 2009, the parties submitted their Joint Proposed Jury Instructions to the court. Defendants' Jury Instruction No. 24 proposes to instruct the jury on the consent exception to the search warrant requirement. It is unclear from Defendants' submission to the court whether Defendants can adduce sufficient evidence to justify

1

this instruction.  The court ORDERS counsel for Defendants to identify, in a written submission to the court, all evidence on which Defendants intend to rely in support of their contention that the consent exception to the warrant requirement applies. Defendants will not be precluded from presenting additional evidence at trial.

On July 14, 2009, the parties submitted their Motions in Limine to the Court. In order to consider (1) Defendants' Motion in Limine No. 4 to Exclude Evidence of the Police Report and the CAD Reports; (2) Plaintiffs' Motion to Exclude Evidence or Reference to Walter Campos' Post Incident 911 Call; and (3) Plaintiffs' Motion to Exclude Evidence or Reference to Reports and Records of Investigator Douglas Eckles, the court must be able to review the disputed evidence.  The court ORDERS counsel for each party to submit the evidence that such party seeks to exclude from trial.

**By Monday, July 20, 2009, at 4:00 p.m.**, counsel for Plaintiffs must submit:

1. A transcript of Walter Campos' post-incident 911 call, and
2. The reports and records of Investigator Douglas Eckles.

**By Monday, July 20, 2009, at 4:00 p.m.**, counsel for Defendants must submit:

1. All evidence on which Defendants intend to rely in support of their contention that the consent exception to the warrant requirement applies,
2. The police report, and
3. The CAD reports.

IT IS SO ORDERED.

Dated:   July 17, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge