1  ARTURO J. GONZALEZ (BAR NO. 121490)
   AGonzalez@mofo.com
2  STUART PLUNKETT (BAR NO. 187971)
   SPlunkett@mofo.com
3  NATALIE NAUGLE (BAR NO. 240999)
   NNaugle@mofo.com
4  SARINA SALUJA (BAR NO. 253781)
   SSaluja@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California  94105-2482
   Telephone:   415.268.7000
7  Facsimile:    415.268.7522

8  Attorneys for Plaintiffs

9  MICHAEL C. SERVERIAN (CA SBN 133203)
   RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
10 96 NO. THIRD STREET, SUITE 500
   SAN JOSE, CALIFORNIA 95112
11 TELEPHONE: (408) 293-0463
   FACSIMILE: (408) 293-9514
12
   Attorneys for Defendants
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17 MARIA MEDINA, et. al.,                  Case No. CV-08-3946 WDB

18              Plaintiffs,                JOINT [PROPOSED] ORDER
                                           REGARDING THE ENTRY INTO
19        v.                               AND USE OF ELECTRONIC
                                           EQUIPMENT IN THE
20 CITY OF MENLO PARK, et. al.,            COURTROOM

21              Defendants.                Complaint Filed: August 18, 2008
                                           Trial Date: August 11, 2009
22
                                           Honorable Judge Wayne D. Brazil
23

24

25

26

27

28

Case4:08-cv-03946-WDB   Document82   Filed08/06/09   Page2 of 3

1   The parties hereby submit this application to bring into the courtroom and to use the
2   following electronic and audio-visual equipment to provide the display of depositions,
3   demonstratives, exhibits, and graphics, all of which will aid the Court and Jury in reviewing
4   presentations and evidence submitted during trial:

5   1)   Two External Hard Drives
6   2)   Two laptops
7   3)   Epson 8300I Projector (5200L)
8   4)   Projector Bulb – Epson 8300
9   5)   Epson 8300I Short Lens (fixed) 8.5'
10  6)   DaLite Projectostand (25"x17")
11  7)   6'x8' Fastfold Screen (120")
12  8)   Wolfvision Visualizer VZ-8 Plus
13  9)   DaLite Projectostand (25"x17")
14  10)  Fender 150W Speakers (1 Pair)
15  11)  CAP-1 Computer Audio Patch (Mono)
16  12)  Inline 6in x 1out VGA Switch IN3566
17  13)  Extron VGA Switch (20in, 2-out)
18  14)  VGA Cables: two each 50', 25' and 15'
19  15)  Power Cables: two each 15' (min) Power Cables
20  16)  Four Power Strips

21  The parties will be setting up the equipment in the courtroom on August 10, 2009 at 2:00
22  p.m.

JOINT [PROPOSED] ORDER RE THE ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM
CASE NO. CV 08-3946 WDB                                                                    1
sf-2722528

| | | |
|---|---|---|
| 1 | Dated: August 6, 2009 | MICHAEL C. SERVERIAN |
| 2 | | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |
| 4 | | By: /s/ Michael Serverian |
| 5 | | Michael C. Serverian |
| 6 | | Attorney for Defendants |
| 7 | Dated: August 6, 2009 | ARTURO J. GONZÁLEZ |
| 8 | | STUART PLUNKETT NATALIE NAUGLE |
| 9 | | SARINA SALUJA MORRISON & FOERSTER LLP |
| 11 | | By: /s/ Sarina Saluja |
| 12 | | Sarina Saluja |
| 13 | | Attorneys for Plaintiffs |

IT IS SO ORDERED.

8/7/09

Wayne D. Brazil
U.S. Magistrate Judge

JOINT [PROPOSED] ORDER RE THE ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM
CASE NO. CV 08–3946 WDB
sf-2722528

2