1  ARTURO J. GONZALEZ (BAR NO. 121490)
   AGonzalez@mofo.com
2  STUART PLUNKETT (BAR NO. 187971)
   SPlunkett@mofo.com
3  NATALIE NAUGLE (BAR NO. 240999)
   NNaugle@mofo.com
4  SARINA SALUJA (BAR NO. 253781)
   SSaluja@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone:   415.268.7000
7  Facsimile:   415.268.7522

8  Attorneys for Plaintiffs

9  MICHAEL C. SERVERIAN (CA SBN 133203)
   RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
10 96 NO. THIRD STREET, SUITE 500
   SAN JOSE, CALIFORNIA 95112
11 TELEPHONE: (408) 293-0463
   FACSIMILE: (408) 293-9514
12
   Attorneys for Defendants
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                       OAKLAND DIVISION

17 MARIA MEDINA, et. al.,            Case No. CV 08–3946 WDB

18              Plaintiffs,           [~~PROPOSED~~] ORDER
                                     REGARDING THE ENTRY OF
19     v.                            FOOD AND BEVERAGES INTO
                                     THE ATTORNEYS' LOUNGE IN
20 CITY OF MENLO PARK, et. al.,      THE COURT HOUSE DURING
                                     TRIAL
21              Defendants.
                                     Complaint Filed: August 18, 2008
22                                   Trial Date: August 11, 2009

23                                   Honorable Judge Wayne D. Brazil

[PROPOSED] ORDER REGARDING THE ENTRY OF FOOD AND BEVERAGES INTO THE ATTORNEYS' LOUNGE IN THE COURT
HOUSE DURING TRIAL
CASE NO. CV 08–3946 WDB
sf-2725293

The parties hereby submit this application to bring food and beverages on a daily basis during the lunch hour into the court house to consume in the Attorneys' Lounge during trial.

Dated: August 10, 2009

MICHAEL C. SERVERIAN
RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK


By: /s/ Michael Serverian
    Michael C. Serverian

Attorney for Defendants

Dated: August 10, 2009

ARTURO J. GONZÁLEZ
STUART PLUNKETT
NATALIE NAUGLE
SARINA SALUJA
MORRISON & FOERSTER LLP


By: /s/ Sarina Saluja
    Sarina Saluja

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: 8/11/09

_____
Wayne D. Brazil
United States Magistrate Judge

[PROPOSED] ORDER REGARDING THE ENTRY OF FOOD AND BEVERAGES INTO THE ATTORNEYS' LOUNGE IN THE COURT HOUSE DURING TRIAL
CASE NO. CV 08-3946 WDB
sf-2725293

1