1  ARTURO J. GONZALEZ (BAR NO. 121490)
   AGonzalez@mofo.com
2  NATALIE NAUGLE (BAR NO. 240999)
   NNaugle@mofo.com
3  SARINA SALUJA (BAR NO. 253781)
   SSaluja@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:  415.268.7000
6  Facsimile:   415.268.7522

7  Attorneys for Plaintiffs

8  MICHAEL C. SERVERIAN (CA SBN 133203)
   RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
9  96 NO. THIRD STREET, SUITE 500
   SAN JOSE, CALIFORNIA 95112
10 TELEPHONE: (408) 293-0463
   FACSIMILE: (408) 293-9514

11 Attorneys for Defendants

12

13                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                             COUNTY OF SAN MATEO

15

16 MARIA MEDINA, et al.,                    Case No.    CV 08-3946 WDB

17                    Plaintiffs,           **STIPULATION AND [PROPOSED]**
18                                          **ORDER TO SHORTEN BRIEFING**
                                            **SCHEDULE ON PLAINTIFFS'**
19      v.                                  **MOTION FOR ATTORNEY'S**
                                            **FEES AND COSTS**
   CITY OF MENLO PARK, et al.,
20
                       Defendants.
21

22

23

24

25

26

27

28

sf-2738736

STIPULATION AND PROPOSED ORDER TO SHORTEN BRIEFING SCHEDULE

1    Subject to the Court's approval, Plaintiffs Maria Medina, Walter Campos, Hector Luis

2  Valencia, Javier Anguiano, Samuel Salgado, Rodolfo Medina, Joel Antonio Vasquez-Medina, Jose

3  Jesus Espinoza, Francisco Leon, and Oscar Campos, ("Plaintiffs") and Defendants City of Menlo

4  Park, Jonathan Baxter, Nicholas Douglas, Ronald Prickett, Thomas Crutchfield, and Joshua Venzon

5  ("Defendants") (collectively "the Parties"), through their respective counsel, hereby agree and

6  stipulate that the briefing schedule on Plaintiffs' Motion for Attorney's Fees and Costs should be

7  expedited.

8    The parties have agreed to the following schedule:

9    (1)    Plaintiffs filed their Motion for Attorney's Fees and Costs on September 9, 2009;

10   (2)    Defendants' Response will be filed and served on or before September 18, 2009; and

11   (3)    Plaintiffs' Reply will be filed and served on or before September 22, 2009.

12    The foregoing stipulation is agreed to by:

13  Dated: September 11, 2009          ARTURO J. GONZALEZ
                                       KENNETH W. BRAKEBILL
14                                     NATALIE NAUGLE
                                       SARINA SALUJA
15                                     MORRISON & FOERSTER LLP

16

17                                     By:   /s/ Natalie Naugle

18                                         Natalie Naugle

19                                         Attorneys for Plaintiffs
    Dated: September 11, 2009          MICHAEL C. SERVERIAN
20                                     RANKIN, LANDSNESS, LAHDE,
                                       SERVERIAN & STOCK
21

22
                                       By:   /s/ Michael Serverian
23
                                           Michael Serverian
24
                                           Attorneys for Defendants
25

26
                                       Dated: 9/13/2009
27

28

sf-2738736                          1

STIPULATION AND PROPOSED ORDER TO SHORTEN BRIEFING SCHEDULE

IT IS SO ORDERED

Judge Wayne D. Brazil